No. 92-8170. SOLON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92-8185. CONROD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92-8205. GIBSON *v.* UNITED STATES;
No. 92-8223. POLLIO *v.* UNITED STATES; and
No. 92-8245. HOLLOWAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92-8248. SIMONS *v.* OHIO. Ct. App. Ohio, Champaign County. Certiorari denied.

No. 92-8253. CRAYTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92-8272. EASTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92-8275. SEWARD *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92-8278. CURRIE *v.* BABBITT, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied.

No. 92-8289. MITCHELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92-8290. REHAK *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92-8291. ROBELIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92-8293. ALOI *v.* WARD. Sup. Ct. Ohio. Certiorari denied.

No. 92-8295. KADAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 92-8298. HART *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 92-8300. KINGS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.